PETER MARTUCCI, an Infant, by PASQUALE MARTUCCI, His Guardian ad Litem, et al., Appellants, *v.* ESKAY COAL & FUEL CORPORATION et al., Respondents.

Submitted January 19, 1940; decided February 27, 1940.

*Robert Feingold* for appellants.

*Elihu Rosen* for Frank Rodia et al., respondents.

*Walter L. Glenney* and *Chauncey L. Grant* for Eskay Coal & Fuel Corporation, respondent.

On the appeal from the order of the Appellate Division granting a new trial: Order affirmed and judgment absolute ordered against appellants on the stipulation, without costs. On the appeal from the judgment of the Appellate Division reversing the judgment against Eskay Coal & Fuel Corporation: Judgment affirmed, without costs. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.